# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00456-CV

---

### The State of Texas, Appellant

### v.

### S. K. W., Appellee

---

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-EX-22-000018, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant the State of Texas has filed an unopposed motion seeking to abate this appeal and remand the matter "given that the parties have agreed to entry of a Nunc Pro Tunc Expunction Order and entry of same may render the instant appeal moot." Having reviewed the motion and the record, we agree that abatement and remand are appropriate. We therefore grant the motion. Appellant is ordered to update this Court as to the status of the case on or before December 30, 2022. Failure to do so may result in dismissal of this appeal.

Before Chief Justice Byrne, Justices Triana and Smith

Abated and Remanded

Filed: October 31, 2022